## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 14th day of October, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

CAMPBELL & LEVINE, LLC
Kathleen Campbell Davis, Esq.
800 North King Street
Suite 300
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)